Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–17396–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William F Coughlin
15 Fairview Terrace
Wayne, NJ 07470

Kathleen M Coughlin
15 Fairview Terrace
Wayne, NJ 07470

Social Security No.:
xxx–xx–2006

xxx–xx–7540

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/7/18 at 10:30 AM

to consider and act upon the following:

*70* – Motion to Approve Loan Modification with Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006–NC4, Morgage Pas–Through Certificates, Series 2006–NC4 Filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006–NC4, Morgage Pas–Through Certificates, Series 2006–NC4. Objection deadline is 01/25/2018. (Attachments: # 1 Exhibit "A" # 2 Loan Mod Summary # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 1/26/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court