Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−17396−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William F Coughlin                          Kathleen M Coughlin
   15 Fairview Terrace                      15 Fairview Terrace
   Wayne, NJ 07470                        Wayne, NJ 07470

Social Security No.:
   xxx−xx−2006                              xxx−xx−7540

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/7/18 at 10:30 AM

to consider and act upon the following:

*70* − Motion to Approve Loan Modification with Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006−NC4, Morgage Pas−Through Certificates, Series 2006−NC4 Filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006−NC4, Morgage Pas−Through Certificates, Series 2006−NC4. Objection deadline is 01/25/2018. (Attachments: # 1 Exhibit "A" # 2 Loan Mod Summary # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 1/26/18

                                             Jeanne Naughton
                                             Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-17396-RG
William F Coughlin                                                  Chapter 13
Kathleen M Coughlin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1         Date Rcvd: Jan 26, 2018
                              Form ID: ntchrgbk        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
db/jdb         +William F Coughlin,    Kathleen M Coughlin,    15 Fairview Terrace,    Wayne, NJ 07470-4304
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Specialized Loan Servicing LLC, as servicer for De,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 26 2018 22:03:52      Orion,
                 c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-NC4 nj.bkecf@fedphe.com
              Christopher J. Balala    on behalf of Joint Debtor Kathleen M Coughlin cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              Christopher J. Balala    on behalf of Debtor William F Coughlin cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens    on behalf of Joint Debtor Kathleen M Coughlin dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              David L. Stevens    on behalf of Debtor William F Coughlin dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
               2006-NC4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust
               2006-NC4, Mortgage Pass-Through Certificates, Series 2006-N nj_ecf_notices@buckleymadole.com,
               NJ_ECF_Notices@McCalla.com
              James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-NC4 james.shay@phelanhallinan.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-NC4 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
               2006-NC4 rsolarz@kmllawgroup.com
                                                                                              TOTAL: 11