Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−17396−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William F Coughlin                          Kathleen M Coughlin
15 Fairview Terrace                         15 Fairview Terrace
Wayne, NJ 07470                             Wayne, NJ 07470

Social Security No.:
xxx−xx−2006                                 xxx−xx−7540

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 11, 2016.

On 03/01/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:           April 4, 2018
Time:           09:00 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 2, 2018
JAN: dlr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-17396-RG
William F Coughlin                                                    Chapter 13
Kathleen M Coughlin
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2            Date Rcvd: Mar 02, 2018
                               Form ID: 185             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
```
db/jdb         +William F Coughlin,   Kathleen M Coughlin,    15 Fairview Terrace,   Wayne, NJ 07470-4304
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +Specialized Loan Servicing LLC, as servicer for De,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
516294839      +A A Action Collection Co, Inc.,    29 Columbia Turnpike Ste 302,    Florham Park, NJ 07932-2240
516124423     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: Am Honda Fin,    201 Little Falls Dr,   Wilmington, DE 19808)
516124422      +Aa Action Collection,   29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516124426      +Apex Asset,   2501 Oregon Pike,    Lancaster, PA 17601-4890
516124427      +Ctech Coll,   5505 Nesconset Hwy,   Mount Sinai, NY 11766-2037
516352711       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,   Eagan, MN 55121-7700
517362736      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516124430      +Executive Credit Mgmt,   4 Waterloo Rd,   Stanhope, NJ 07874-2653
516124431      +First Federal Credit C,   24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
516124432      +Glazer & Kamel,   1207 East Gand Street,   #3,    Elizabeth, NJ 07201-2328
516124433      +High Focus Centers,   47 Maple Street,   No.: 401,    Summit, NJ 07901-2540
516124435      +Lee S. Dennison, Esq.,   231 High Street,   Mount Holly, NJ 08060-1450
516124437      +Phelan, Hallinan & Diamond, LLP,    400 Fellowship Road, ste. 100,    Mount Laurel, NJ 08054-3437
516124439      +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516124436     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,   PO Box 245,
                 Trenton, NJ 08695)
517212740      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517212741      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516124440      +Summit Collection Svcs,   50 N Franklin Tpke Ste 1,    Ho Ho Kus, NJ 07423-1562
516124441      +Summit Oaks Hospital,   19 Prospect St.,   Summit, NJ 07901-2531
516124442      +Trident Asst,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2294
516124424     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Americas Servicing Co,    8480 Stagecoach Circle,
                 Frederick, MD 21701)
516124443      +Wayne Surgical Center,   1176 Hamburg Turnpike,    Wayne, NJ 07470-5070
516352916      +Wayne Surgical Center, LLC.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2018 23:34:17     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2018 23:34:12     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 23:31:54     Orion,
                 c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
516124425       E-mail/Text: ebn@americollect.com Mar 02 2018 23:34:26     Americollect Inc,   Po Box 1566,
                 Manitowoc, WI 54221
516251973       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2018 23:31:58
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516143430       E-mail/Text: mrdiscen@discover.com Mar 02 2018 23:33:32     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
516124428      +E-mail/Text: mrdiscen@discover.com Mar 02 2018 23:33:32     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
516124429      +E-mail/Text: bankruptcies@escallate.com Mar 02 2018 23:33:28     Escallate Llc,
                 5200 Stoneham Rd,   North Canton, OH 44720-1584
516124434      +E-mail/Text: cio.bncmail@irs.gov Mar 02 2018 23:33:50     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516185117       E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 23:31:54     Orion,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516234630       E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 23:31:54     Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Mar 02, 2018
                              Form ID: 185               Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517317560        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 23:49:21
                   Orion Portfolio Services LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
                   Norfolk VA 23541-1021
516124438        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 23:31:52
                   Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516272834*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,   Department of Treasury,
                   Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-NC4 nj.bkecf@fedphe.com
              Christopher J. Balala    on behalf of Debtor William F Coughlin cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              Christopher J. Balala    on behalf of Joint Debtor Kathleen M Coughlin cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens    on behalf of Debtor William F Coughlin dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              David L. Stevens    on behalf of Joint Debtor Kathleen M Coughlin dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
               2006-NC4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust
               2006-NC4, Mortgage Pass-Through Certificates, Series 2006-N nj_ecf_notices@buckleymadole.com,
               NJ_ECF_Notices@McCalla.com
              James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-NC4 james.shay@phelanhallinan.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-NC4 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
               2006-NC4 rsolarz@kmllawgroup.com
                                                                                               TOTAL: 11
```