**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        2 Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   **William F Coughlin**           Case No.:   **16-17396**
         **Kathleen M Coughlin**          Judge:      **RG**
                Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required              Date:   **3/1/2018**
☑ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **CJB**      Initial Debtor:  **WFC**      Initial Co-Debtor  **KMC**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **285.00 Monthly** to the Chapter 13 Trustee, starting on **January 1, 2018** for approximately **40** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☑ Other sources of funding (describe source, amount and date when funds are available): $5,700 already paid into plan.

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection        X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scura, Wigfield, Heyer, Stevens & Cammarota, LLP** | Administrative | **Amount to be determined by further application to the Court** |
| **Internal Revenue Service** | **Priority federal tax** | 5,377.09 |
| **NJ, Div. of Taxation** | **Priority state tax** | 2,,204.23 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- ☑ None
- ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim

2

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

pursuant to 11 U.S.C.1322(a)(4):

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Summit Oaks Hospital** | DJ-232985-2013 | 916.05 | 299,000.00 | 443,097.42 | 0 | 0 | **Pro Rata** |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| New Jersey, Division of Taxation | DJ-028392-2014 | 4,015.03 | 299,000.00 | 443,097.42 | 0 | 0 | Pro Rata |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
**Specialized Loan Servicing - mortgage on residence**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☑ Not less than $ **2,882.00** to be distributed *pro rata*

☐ Not less than ___ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J.**

4

**LBR 3015-1.** *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☐ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Summit Oaks Hospital | DJ-232985-2013 | Judgment | 916.05 | 299,000.00 | 29,756.78 | 443,097.42 | ALL |
| New Jersey, Division of Taxation | DJ-028392-2014 | Judgment | 4,015.03 | 299,000.00 | 29,756.78 | 443,097.42 | ALL |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
       ☑ Upon Confirmation
       ☐ Upon Discharge

    b. **Payment Notices**
    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

    The Standing Trustee shall pay allowed claims in the following order:
       1)   Ch. 13 Standing Trustee Commissions
       2)   **Other Administrative Claims**
       3)   **Secured Claims**
       4)   **Lease Arrearages**
       5)   **Priority Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

6) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification    ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: 4/19/2016 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To treat the mortgage with Specialized Loan Servicing, LLC as unaffected, due to to the Court ordered loan modification. | Specialized Loan Servicing, LLC added to Part 4, section f. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

**Part 10 : Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | March 1, 2018 | /s/ Christopher J. Balala |
|---|---|---|
| | | Christopher J. Balala 030732010 NJ |
| | | Attorney for the Debtor |
| Date: | March 1, 2018 | /s/ William F Coughlin |
| | | William F Coughlin |
| | | Debtor |
| Date: | March 1, 2018 | /s/ Kathleen M Coughlin |
| | | Kathleen M Coughlin |
| | | Joint Debtor |

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date | March 1, 2018 | /s/ Christopher J. Balala |
|---|---|---|
| | | Christopher J. Balala 030732010 NJ |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | March 1, 2018 | /s/ William F Coughlin |
|---|---|---|
| | | William F Coughlin |
| | | Debtor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Date: | **March 1, 2018** | **/s/ Kathleen M Coughlin** |
|---|---|---|
| | | **Kathleen M Coughlin** |
| | | Joint Debtor |

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 16-17396-RG
William F Coughlin                                           Chapter 13
Kathleen M Coughlin
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2                  Date Rcvd: Mar 02, 2018
                              Form ID: pdf901          Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db/jdb         +William F Coughlin,    Kathleen M Coughlin,    15 Fairview Terrace,    Wayne, NJ 07470-4304
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +Specialized Loan Servicing LLC, as servicer for De,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516294839      +A A Action Collection Co, Inc.,    29 Columbia Turnpike Ste 302,    Florham Park, NJ 07932-2240
516124423     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Am Honda Fin,     201 Little Falls Dr,    Wilmington, DE 19808)
516124422      +Aa Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516124426      +Apex Asset,    2501 Oregon Pike,   Lancaster, PA 17601-4890
516124427      +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516352711       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517362736      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516124430      +Executive Credit Mgmt,    4 Waterloo Rd,    Stanhope, NJ 07874-2653
516124431      +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
516124432      +Glazer & Kamel,    1207 East Gand Street,    #3,   Elizabeth, NJ 07201-2328
516124433      +High Focus Centers,    47 Maple Street,    No.: 401,   Summit, NJ 07901-2540
516124435      +Lee S. Dennison, Esq.,    231 High Street,    Mount Holly, NJ 08060-1450
516124437      +Phelan, Hallinan & Diamond, LLP,    400 Fellowship Road, ste. 100,    Mount Laurel, NJ 08054-3437
516124439      +Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
516124436     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
517212740      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517212741      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516124440      +Summit Collection Svcs,    50 N Franklin Tpke Ste 1,    Ho Ho Kus, NJ 07423-1562
516124441      +Summit Oaks Hospital,    19 Prospect St.,    Summit, NJ 07901-2531
516124442      +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
516124424     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Americas Servicing Co,    8480 Stagecoach Circle,
                 Frederick, MD 21701)
516124443      +Wayne Surgical Center,    1176 Hamburg Turnpike,    Wayne, NJ 07470-5070
516352916      +Wayne Surgical Center, LLC.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2018 23:34:16      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2018 23:34:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 23:31:36      Orion,
                 c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516124425       E-mail/Text: ebn@americollect.com Mar 02 2018 23:34:26      Americollect Inc,   Po Box 1566,
                 Manitowoc, WI 54221
516251973       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2018 23:37:18
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516143430       E-mail/Text: mrdiscen@discover.com Mar 02 2018 23:33:32      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516124428      +E-mail/Text: mrdiscen@discover.com Mar 02 2018 23:33:32      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
516124429      +E-mail/Text: bankruptcies@escallate.com Mar 02 2018 23:33:28      Escallate Llc,
                 5200 Stoneham Rd,    North Canton, OH 44720-1584
516124434      +E-mail/Text: cio.bncmail@irs.gov Mar 02 2018 23:33:48      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516185117       E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 23:31:18      Orion,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516234630       E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 23:31:54      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Mar 02, 2018
                              Form ID: pdf901          Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517317560     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 23:31:52
               Orion Portfolio Services LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk VA 23541-1021
516124438     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2018 23:31:16
               Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
                                                                                             TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516272834*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-NC4 nj.bkecf@fedphe.com
          Christopher J. Balala    on behalf of Debtor William F Coughlin cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          Christopher J. Balala    on behalf of Joint Debtor Kathleen M Coughlin cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          David L. Stevens    on behalf of Debtor William F Coughlin dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com;dmedina@scura.com
          David L. Stevens    on behalf of Joint Debtor Kathleen M Coughlin dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com;dmedina@scura.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
           2006-NC4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
           Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust
           2006-NC4, Mortgage Pass-Through Certificates, Series 2006-N nj_ecf_notices@buckleymadole.com,
           NJ_ECF_Notices@McCalla.com
          James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2006-NC4 james.shay@phelanhallinan.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
           TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH
           CERTIFICATES, SERIES 2006-NC4 nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
           2006-NC4 rsolarz@kmllawgroup.com
                                                                                             TOTAL: 11
```