Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−17396−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William F Coughlin                              Kathleen M Coughlin
    15 Fairview Terrace                             15 Fairview Terrace
    Wayne, NJ 07470                                 Wayne, NJ 07470

Social Security No.:
    xxx−xx−2006                                     xxx−xx−7540

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      8/14/18
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
period: 6/21/2017 to 7/6/2018, fee: $1,863.75,

EXPENSES
$131.99

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 23, 2018
JAN:

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 16-17396-RG
William F Coughlin                                              Chapter 13
Kathleen M Coughlin
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                Page 1 of 2                   Date Rcvd: Jul 23, 2018
                               Form ID: 137               Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db/jdb         +William F Coughlin,    Kathleen M Coughlin,    15 Fairview Terrace,    Wayne, NJ 07470-4304
aty            +James Patrick Shay,    Phelan Hallinan Diamond Jones, LLP,    1617 JFK Blvd.,    One Penn Center,
                 Suite #1400,    Philadelphia, PA 19103-1814
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Specialized Loan Servicing LLC, as servicer for De,     C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516294839      +A A Action Collection Co, Inc.,    29 Columbia Turnpike Ste 302,    Florham Park, NJ 07932-2240
516124423     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE 19808)
516124422      +Aa Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516124426      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516124427      +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516352711       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517362736      +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516124430      +Executive Credit Mgmt,    4 Waterloo Rd,    Stanhope, NJ 07874-2653
516124431      +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
516124432      +Glazer & Kamel,    1207 East Gand Street,    #3,    Elizabeth, NJ 07201-2328
516124433      +High Focus Centers,    47 Maple Street,    No.: 401,    Summit, NJ 07901-2540
516124435      +Lee S. Dennison, Esq.,    231 High Street,    Mount Holly, NJ 08060-1450
516124437      +Phelan, Hallinan & Diamond, LLP,    400 Fellowship Road, ste. 100,    Mount Laurel, NJ 08054-3437
516124439      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516124436     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
517212740      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517212741      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516124440      +Summit Collection Svcs,    50 N Franklin Tpke Ste 1,    Ho Ho Kus, NJ 07423-1562
516124441      +Summit Oaks Hospital,    19 Prospect St.,    Summit, NJ 07901-2531
516124442      +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
516124424     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Americas Servicing Co,    8480 Stagecoach Circle,
                 Frederick, MD 21701)
516124443      +Wayne Surgical Center,    1176 Hamburg Turnpike,    Wayne, NJ 07470-5070
516352916      +Wayne Surgical Center, LLC.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 00:10:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 00:10:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2018 00:12:50      Orion,
                 c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516124425       E-mail/Text: ebn@americollect.com Jul 24 2018 00:11:02      Americollect Inc,    Po Box 1566,
                 Manitowoc, WI 54221
516251973       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2018 00:13:41
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516143430       E-mail/Text: mrdiscen@discover.com Jul 24 2018 00:09:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516124428      +E-mail/Text: mrdiscen@discover.com Jul 24 2018 00:09:43      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
516124429      +E-mail/Text: bankruptcies@escallate.com Jul 24 2018 00:09:40      Escallate Llc,
                 5200 Stoneham Rd,    North Canton, OH 44720-1584
516124434      +E-mail/Text: cio.bncmail@irs.gov Jul 24 2018 00:10:08      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516185117       E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2018 00:13:37      Orion,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516234630       E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2018 00:14:20      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Jul 23, 2018
                              Form ID: 137              Total Noticed: 40


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517317560         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2018 00:12:48
                   Orion Portfolio Services LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
                   Norfolk VA 23541-1021
516124438         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2018 00:14:19
                   Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516272834*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,   Department of Treasury,
                   Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-NC4 nj.bkecf@fedphe.com
              David L. Stevens    on behalf of Debtor William F Coughlin dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com
              David L. Stevens    on behalf of Joint Debtor Kathleen M Coughlin dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
               2006-NC4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust
               2006-NC4, Mortgage Pass-Through Certificates, Series 2006-N NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-NC4 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
               2006-NC4 rsolarz@kmllawgroup.com
                                                                                               TOTAL: 8
```