Case 16-17396-RG    Doc 103    Filed 10/12/18    Entered 10/16/18 10:26:50    Desc Main
Document      Page 1 of 2

| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> Chapter 13 Standing Trustee |
| IN RE: <br><br>    WILLIAM F COUGHLIN <br>    KATHLEEN M COUGHLIN |



Order Filed on October 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-17396 RG

Hearing Date:  10/3/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 12, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  WILLIAM F COUGHLIN
            KATHLEEN M COUGHLIN

Case No.: 16-17396

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/03/2018 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that in the event that the epayment totaling $355.00 is reversed, this case will be dismissed upon the Trustee submitting a dismissal order without further hearings or notice to Debtor and Debtor's attorney.