Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 16−17396−RG
                              Chapter: 13
                              Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William F Coughlin                                  Kathleen M Coughlin
   15 Fairview Terrace                                15 Fairview Terrace
   Wayne, NJ 07470                                    Wayne, NJ 07470
Social Security No.:
   xxx−xx−2006                                          xxx−xx−7540
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/6/19 at 10:00 AM

to consider and act upon the following:

*107* − Certification in Opposition to Trustee's Certification of Default (related document:105 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/31/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Kathleen M Coughlin, William F Coughlin. (Stevens, David)

Dated: 1/2/19

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court