Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 16–17396–RG
                                    Chapter: 13
                                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William F Coughlin                                   Kathleen M Coughlin
   15 Fairview Terrace                                15 Fairview Terrace
   Wayne, NJ 07470                                    Wayne, NJ 07470

Social Security No.:
   xxx–xx–2006                                           xxx–xx–7540

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/3/19 at 10:00 AM

to consider and act upon the following:

*115* – Certification in Opposition to Trustee's COD (related document:113 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/15/2019. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Kathleen M Coughlin, William F Coughlin. (Attachments: # 1 Exhibit) (Stevens, David)

Dated: 3/12/19

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court