Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 16−17396−RG
                                      Chapter: 13
                                      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William F Coughlin                                   Kathleen M Coughlin
   15 Fairview Terrace                                 15 Fairview Terrace
   Wayne, NJ 07470                                    Wayne, NJ 07470

Social Security No.:
   xxx−xx−2006                                          xxx−xx−7540

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on February 7, 2020.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 7, 2020
JAN: slm

                                                                                    Jeanne Naughton
                                                                                    Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 16-17396-RG
William F Coughlin                                              Chapter 13
Kathleen M Coughlin
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin             Page 1 of 2             Date Rcvd: Feb 07, 2020
                             Form ID: 148            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db/jdb         +William F Coughlin,    Kathleen M Coughlin,    15 Fairview Terrace,     Wayne, NJ 07470-4304
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Specialized Loan Servicing LLC, as servicer for De,     C/O Buckley Madole, P.C.,
                99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516294839      +A A Action Collection Co, Inc.,    29 Columbia Turnpike Ste 302,     Florham Park, NJ 07932-2240
516124423     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: Am Honda Fin,    201 Little Falls Dr,     Wilmington, DE 19808)
516124422      +Aa Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516124426      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516124427      +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
516352711       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,     Default Document Processing,    N9286-01Y,
                1000 Blue Gentian Road,    Eagan, MN 55121-7700
517362736      +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516124429      +Escallate Llc,    5200 Stoneham Rd,    North Canton, OH 44720-1584
516124430      +Executive Credit Mgmt,    4 Waterloo Rd,    Stanhope, NJ 07874-2653
516124431      +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
516124432      +Glazer & Kamel,    1207 East Gand Street,    #3,    Elizabeth, NJ 07201-2328
516124433      +High Focus Centers,    47 Maple Street,    No.: 401,    Summit, NJ 07901-2540
516124435      +Lee S. Dennison, Esq.,    231 High Street,    Mount Holly, NJ 08060-1450
516124437      +Phelan, Hallinan & Diamond, LLP,    400 Fellowship Road, ste. 100,     Mount Laurel, NJ 08054-3437
516124439      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516124436     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,     PO Box 245,
                Trenton, NJ 08695)
517212740      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517212741      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516124440      +Summit Collection Svcs,    50 N Franklin Tpke Ste 1,    Ho Ho Kus, NJ 07423-1562
516124441      +Summit Oaks Hospital,    19 Prospect St.,    Summit, NJ 07901-2531
516124442      +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
516124443      +Wayne Surgical Center,    1176 Hamburg Turnpike,    Wayne, NJ 07470-5070
516352916      +Wayne Surgical Center, LLC.,    c/o Pressler and Pressler, LLP.,     7 Entin Road,
                Parsippany NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2020 00:51:04      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2020 00:51:01      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr              EDI: RECOVERYCORP.COM Feb 08 2020 05:18:00      Orion,   c/o Recovery Management Systems Corp.,
                Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
516124425       E-mail/Text: ebn@americollect.com Feb 08 2020 00:51:16      Americollect Inc,    Po Box 1566,
                Manitowoc, WI 54221
516251973       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 08 2020 00:53:53
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516143430       EDI: DISCOVER.COM Feb 08 2020 05:18:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH 43054-3025
516124428      +EDI: DISCOVER.COM Feb 08 2020 05:18:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
516124434      +EDI: IRS.COM Feb 08 2020 05:19:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
516185117       EDI: RECOVERYCORP.COM Feb 08 2020 05:18:00      Orion,   c/o of Recovery Management Systems Corp,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
516234630       EDI: RECOVERYCORP.COM Feb 08 2020 05:18:00      Orion Portfolio Services LLC,
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,     Miami, FL 33131-1605
517317560      +EDI: PRA.COM Feb 08 2020 05:18:00      Orion Portfolio Services LLC,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516124438      +EDI: PRA.COM Feb 08 2020 05:18:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
516124424       EDI: WFFC.COM Feb 08 2020 05:18:00      Americas Servicing Co,    8480 Stagecoach Circle,
                Frederick, MD 21701
                                                                                               TOTAL: 13
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Feb 07, 2020
                                  Form ID: 148             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516272834*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Department of Treasury,
                   Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:

              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-NC4 nj.bkecf@fedphe.com
              David L. Stevens    on behalf of Debtor William F Coughlin dstevens@scurameaaley.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Joint Debtor Kathleen M Coughlin dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
               2006-NC4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
               Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust
               2006-NC4, Mortgage Pass-Through Certificates, Series 2006-N NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              James Patrick Shay    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2006-NC4 shay@bbs-law.com,    jpshay@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-NC4 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
               2006-NC4 rsolarz@kmllawgroup.com
                                                                                               TOTAL: 9