Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−17396−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William F Coughlin | Kathleen M Coughlin |
| 15 Fairview Terrace | 15 Fairview Terrace |
| Wayne, NJ 07470 | Wayne, NJ 07470 |

Social Security No.:
    xxx−xx−2006                                             xxx−xx−7540

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/16/20 at 10:00 AM

to consider and act upon the following:

*149* – Certification in Opposition to Trustee's Certification of Default (related document:147 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/17/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Kathleen M Coughlin, William F Coughlin. (Attachments: # 1 Exhibit Proof of Payment) (Stevens, David)

Dated: 8/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court