Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16−17396−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William F Coughlin                        Kathleen M Coughlin
15 Fairview Terrace                       15 Fairview Terrace
Wayne, NJ 07470                           Wayne, NJ 07470

Social Security No.:
    xxx−xx−2006
                                          xxx−xx−7540

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/16/20 at 10:00 AM

to consider and act upon the following:

*149* – Certification in Opposition to Trustee's Certification of Default (related document:147 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/17/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Kathleen M Coughlin, William F Coughlin. (Attachments: # 1 Exhibit Proof of Payment) (Stevens, David)

Dated: 8/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-17396-RG
William F Coughlin                                                              Chapter 13
Kathleen M Coughlin
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 1              Date Rcvd: Aug 14, 2020
                                 Form ID: ntchrgbk         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db/jdb        +William F Coughlin,   Kathleen M Coughlin,   15 Fairview Terrace,   Wayne, NJ 07470-4304
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +Specialized Loan Servicing LLC,   P.O. Box 340514,   Tampa, FL 33694-0514
cr            +Specialized Loan Servicing LLC, as servicer for De,   C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2020 01:25:48    Orion,
               c/o Recovery Management Systems Corp.,   Attn: Ramesh Singh,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
              Andrew L. Spivack   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
              MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
              2006-NC4 nj.bkecf@fedphe.com
              David L. Stevens   on behalf of Joint Debtor Kathleen M Coughlin dstevens@scura.com,
              ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
              om
              David L. Stevens   on behalf of Debtor William F Coughlin dstevens@scura.com,
              ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
              om
              Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
              Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
              2006-NC4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Francesca Ann Arcure   on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for
              Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust
              2006-NC4, Mortgage Pass-Through Certificates, Series 2006-N NJ_ECF_Notices@McCalla.com,
              NJ_ECF_Notices@McCalla.com
              Gavin Stewart   on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              James Patrick Shay   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
              MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
              2006-NC4 shay@bbs-law.com,  jpshay@gmail.com
              Marie-Ann Greenberg   magecf@magtrustee.com
              Michael Frederick Dingerdissen   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
              TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH
              CERTIFICATES, SERIES 2006-NC4 nj.bkecf@fedphe.com
              Rebecca Ann Solarz   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
              Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series
              2006-NC4 rsolarz@kmllawgroup.com
                                                                                   TOTAL: 10