Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−17396−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William F Coughlin | Kathleen M Coughlin |
| 15 Fairview Terrace | 15 Fairview Terrace |
| Wayne, NJ 07470 | Wayne, NJ 07470 |

Social Security No.:
   xxx−xx−2006                                     xxx−xx−7540

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       1/20/21
Time:      10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
John J. Scura III, Debtor's Attorney

COMMISSION OR FEES
period: 7/20/2018 to 12/21/2020, fee: $3,723.75

EXPENSES
$6.51

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 29, 2020
JAN:

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-17396-RG |
| William F Coughlin | Chapter 13 |
| Kathleen M Coughlin | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 29, 2020 | Form ID: 137 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F Coughlin, Kathleen M Coughlin, 15 Fairview Terrace, Wayne, NJ 07470-4304 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Specialized Loan Servicing LLC, as servicer for De, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 516294839 | + | A A Action Collection Co, Inc., 29 Columbia Turnpike Ste 302, Florham Park, NJ 07932-2240 |
| 516124423 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 516124422 | + | Aa Action Collection, 29 Columbia Tpke Ste 303, Florham Park, NJ 07932-2240 |
| 516124426 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516124427 | + | Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 516352711 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517362736 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516124429 | #+ | Escallate Llc, 5200 Stoneham Rd, North Canton, OH 44720-1584 |
| 516124430 | + | Executive Credit Mgmt, 4 Waterloo Rd, Stanhope, NJ 07874-2653 |
| 516124431 | + | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122-5662 |
| 516124432 | + | Glazer & Kamel, 1207 East Gand Street, #3, Elizabeth, NJ 07201-2328 |
| 516124433 | + | High Focus Centers, 47 Maple Street, No.: 401, Summit, NJ 07901-2540 |
| 516124435 | + | Lee S. Dennison, Esq., 231 High Street, Mount Holly, NJ 08060-1450 |
| 516124437 | + | Phelan, Hallinan & Diamond, LLP, 400 Fellowship Road, ste. 100, Mount Laurel, NJ 08054-3437 |
| 516124439 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516124436 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 517212740 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517212741 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516124440 | + | Summit Collection Svcs, 50 N Franklin Tpke Ste 1, Ho Ho Kus, NJ 07423-1562 |
| 516124441 | + | Summit Oaks Hospital, 19 Prospect St., Summit, NJ 07901-2531 |
| 516124442 | + | Trident Asst, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2294 |
| 516124424 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Americas Servicing Co, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 516124443 | + | Wayne Surgical Center, 1176 Hamburg Turnpike, Wayne, NJ 07470-5070 |
| 516352916 | + | Wayne Surgical Center, LLC., c/o Pressler and Pressler, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | Dec 29 2020 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 137 | Total Noticed: 40 |

| Recip | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2020 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 29 2020 21:18:48 | Orion, c/o Recovery Management Systems Corp., Attn: Ramesh Singh, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516124425 | | Email/Text: ebn@americollect.com | Dec 29 2020 21:04:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 516251973 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2020 21:18:56 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516143430 | | Email/Text: mrdiscen@discover.com | Dec 29 2020 21:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516124428 | + | Email/Text: mrdiscen@discover.com | Dec 29 2020 21:03:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516124434 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2020 21:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516185117 | | Email/PDF: rmscedi@recoverycorp.com | Dec 29 2020 21:18:49 | Orion, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516234630 | | Email/PDF: rmscedi@recoverycorp.com | Dec 29 2020 21:18:49 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605 |
| 517317560 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2020 21:18:47 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516124438 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2020 21:21:10 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516272834 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor William F Coughlin dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| David L. Stevens | on behalf of Joint Debtor Kathleen M Coughlin dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series 2006-NC4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series 2006-N NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| James Patrick Shay | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC4 shay@bbs-law.com, jpshay@gmail.com |
| John J. Scura, III | on behalf of Joint Debtor Kathleen M Coughlin jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| John J. Scura, III | on behalf of Debtor William F Coughlin jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael Frederick Dingerdissen | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- NC4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC4 nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Morgage Pas-Through Certificates, Series 2006-NC4 rsolarz@kmllawgroup.com |

TOTAL: 11