Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−17396−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William F Coughlin
15 Fairview Terrace
Wayne, NJ 07470

Kathleen M Coughlin
15 Fairview Terrace
Wayne, NJ 07470

Social Security No.:
xxx−xx−2006

xxx−xx−7540

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/3/21 at 10:00 AM

to consider and act upon the following:

*157* − Certification in Opposition to Trustee's Certification of Default (related document:153 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/4/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Kathleen M Coughlin, William F Coughlin. (Attachments: # 1 Exhibit Proof of Pmt 12.22.20 # 2 Exhibit Proof of Pmt 12.30.20) (Stevens, David)

Dated: 1/5/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court