**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on February 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

WILLIAM F COUGHLIN
KATHLEEN M COUGHLIN

Case No.:  16-17396 RG

Hearing Date:  2/3/2021

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 4, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): WILLIAM F COUGHLIN
KATHLEEN M COUGHLIN

Case No.: 16-17396

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/03/2021 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $355.00 to the Trustee's office by 2/3/2021 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $355 and/or provide Trustee with proof of payment by 2/28/21 or the case will be dismissed; and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor or Debtor's Attorney.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   WILLIAM F COUGHLIN
   KATHLEEN M COUGHLIN

Case No.:  16-17396 RG

Hearing Date:  2/3/2021

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s): WILLIAM F COUGHLIN
KATHLEEN M COUGHLIN

Case No.: 16-17396

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/03/2021 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $355.00 to the Trustee's office by 2/3/2021 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $355 and/or provide Trustee with proof of payment by 2/28/21 or the case will be dismissed; and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor or Debtor's Attorney.